STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: patrick.rose@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>GROO LLC,<br><br>Respondent. | Case No. 2:17-cv-01605-RFB-PAL<br><br>**STIPULATION AND ORDER TO VACATE HEARING** |

The parties, through their undersigned counsel, stipulate that the November 7, 2017 hearing be vacated. The parties will submit a separate stipulation to dismiss this proceeding.

Respectfully submitted this ___ day of November 2017.

WILLIAMSON LAW OFFICE, PLLC

/s/Airene Williamson
AIRENE WILLIAMSON, ESQ.
420 S. Jones Blvd.
Las Vegas, Nevada 89107
702-444-7711
awilliamson@wlawoffice.com

*Attorneys for Respondent*

STEVEN W. MYHRE
Acting United States Attorney

/s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2017