STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: patrick.rose@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Petitioner, <br><br> v. <br><br> GROO LLC, <br><br> Respondent. | Case No. 2:17-cv-01605-RFB-PAL <br><br> **STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

The parties, through their undersigned counsel, stipulate that the above-entitled proceeding be dismissed without prejudice, each party to bear its own attorney's fees and costs.

Respectfully submitted this ___ day of November 2017.

WILLIAMSON LAW OFFICE, PLLC

/s/ Airene Williamson
AIRENE WILLIAMSON, ESQ.
420 S. Jones Blvd.
Las Vegas, Nevada 89107
702-444-7711
awilliamson@wlawoffice.com

*Attorneys for Respondent*

STEVEN W. MYHRE
Acting United States Attorney

/s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of November, 2017.